IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Burke, Lawrence J | Case Number: 08 B 13232 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 5/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: August 26, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Santander Consumer USA | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 25,000.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 62,112.36 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 94.47 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 47.00 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 53.28 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 9,435.91 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 141.61 | 0.00 |
| 10. | PRA Receivables Management | Unsecured | 186.59 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 12.20 | 0.00 |
| 12. | B-Real LLC | Unsecured | 87.21 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 327.36 | 0.00 |
| 14. | Drive Financial Services | Unsecured | | No Claim Filed |
| 15. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 16. | Credit One Bank | Unsecured | | No Claim Filed |
| 17. | Dimitri T Tsoukalas | Unsecured | | No Claim Filed |
| 18. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 19. | Pales Community Hospital | Unsecured | | No Claim Filed |
| 20. | US Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 97,497.99 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Burke, Lawrence J

Printed:  9/3/08

Case Number:  08 B 13232
Judge:  Wedoff, Eugene R
Filed:  5/23/08

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____